694

**Mildred MORRELL v. UNITED STATES of America.**

No. 4650.

United States Court of Appeals
Tenth Circuit.

March 30, 1953.

Robert E. Holland, Denver, Colo., for appellant.

Robert A. Sauer, Acting General Counsel, A. M. Edwards, Jr., Asst. General Counsel, Nathan Siegel, Solicitor, and Isadore A. Honig, Sp. Litigation Attorney, Office of Rent Stabilization, Washington, D. C., for appellee.

Before PHILLIPS, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Docketed and dismissed on motion of appellee, for failure of appellant diligently to prosecute.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Joe B. MORRIS and Virginia Taylor Morris, Individually and as Copartners, d/b/a Houston Taylor Motors, Successors of Houston Taylor, d/b/a Houston Taylor Motors.**

No. 14824.

United States Court of Appeals
Eighth Circuit.

May 12, 1953.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Edgar E. Bethell, Fort Smith, Ark., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**Oliver RONEY, Jr., a Minor, by Oliver Roney, Sr., his Guardian Ad Litem of Maryville, Missouri, Appellant, v. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY, a Corporation of Illinois.**

No. 14828.

United States Court of Appeals
Eighth Circuit.

April 27, 1953.

Whitney W. Potter, St. Joseph, Mo., for appellant.

Sprague, Wilcox, & Houts, St. Joseph, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, at appellant's cost, on motion of appellee.

**UNITED FILM SERVICE, Inc., a Corporation, Petitioner, v. FEDERAL TRADE COMMISSION.**

No. 14282.

United States Court of Appeals
Eighth Circuit.

May 29, 1953.

Morrison, Hecker, Buck, Cozad & Rogers, Kansas City, Mo., for petitioner.

W. T. Kelley, General Counsel, Federal Trade Commission, Robert B. Dawkins, Asst. General Counsel, Federal Trade Commission, and James W. Cassedy, Asst. General Counsel, Federal Trade Commission, Washington, D. C., for respondent.

PER CURIAM.

Petition to Review and Set aside Order of Federal Trade Commission dismissed and order of Federal Trade Commission affirmed and enforced, on stipulation of parties, etc.